# THE MARKS LAW FIRM, P.C.

August 29, 2022

**Via: ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



      RE:    **Henry Tucker v. Long Island Marine Group – Service LTD.**
              Docket: 1:22-cv-04145-KPF

Dear Judge Failla,

    Plaintiff respectfully requests a forty-five (45) day extension of the initial conference currently scheduled **September 6, 2022** [Dkt 5] to **October 21, 2022**, or to a date soon thereafter that works better for this Court. To date, the Defendant has not contacted Plaintiff, appeared, answered, or otherwise moved in the above-referenced matter. Defendant was served through the secretary of state on June 28, 2022, and its answer was due on July 19, 2022 [Dkt 6].

    Plaintiff has been making efforts to contact the Defendant, including sending a copy of the summons and complaint directly to the defendant's place of business, calling, emailing and attempting to make sure Defendant is aware of the pending matter before proceeding with a Default. Therefore, Plaintiff requests an extension of forty-five (45) days of the initial conference. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                        Respectfully Submitted,

                                        The Marks Law Firm, P.C.

                                        By:_____
                                              Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference scheduled to take place on September 6, 2022, is hereby **ADJOURNED** to **October 27, 2022 at 2:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Dated:     August 29, 2022
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE