UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

HENRY TUCKER,

                      Plaintiff,

       -against-

LONG ISLAND MARINE GROUP - SERVICE LTD.

                      Defendants.

-------------------------------------------------------X

*Civil Action No.*

1:22-cv-04145

## **NOTICE OF SETTLEMENT**

     PLEASE TAKE NOTICE that Plaintiff, HENRY TUCKER and Defendant, LONG ISLAND MARINE GROUP - SERVICE LTD hereby notify this Honorable Court that settlement has been reached in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

     Dated: October 20, 2022

By:_____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775